**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

FREDERICK P. DAVIS,                    )
                                       )
                Plaintiff,             )
                                       )
        v.                             )          No. 4:11-CV-1906-JAR
                                       )
TERRY WEBB, et al.,                    )
                                       )
                Defendants.            )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court on plaintiff's notice of appeal [Doc. #120]. Plaintiff, a prisoner, has not paid the appellate filing fee nor has he submitted a motion to proceed in forma pauperis on appeal as required by 28 U.S.C. § 1915(a). As a result, the Court will order plaintiff to submit either the full filing fee or a motion to proceed in forma pauperis on appeal along with a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff shall either pay the $505 appellate filing fee or submit a motion to proceed in forma pauperis on appeal along with a certified copy of his prisoner account statement for the six-month period immediately preceding the filing of the notice of appeal within thirty (30) days of the date of this Order. <u>See</u> 28 U.S.C. § 1915(a).

**IT IS FURTHER ORDERED** that the Clerk shall mail to plaintiff a copy of the Court's

form "Motion to Proceed In Forma Pauperis - Prisoner Cases."

Dated this 30th day of May, 2014.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE